```
                                        SOUTHERN DISTRICT OF FLORIDA
                                        PROCEEDING UNDER CHAPTER 13
                                        CASE NO. 03-40126-BKC-RAM
```

IN RE:

JOSE R LOPEZ

Debtor(s).

## FINAL REPORT OF ESTATE BY TRUSTEE

COMES NOW the Trustee and files the Final Report of Estate by Trustee:

1.  $   15,733.11   GROSS CASH RECEIPTS(Do not complete below if amount is zero.)

-------------------------------------------------------------------------

### FEES AND EXPENSES

$      516.20   2.  Trustee Compensation (If trustee received compensation under more than one chapter
        $          $          $          $          )
        Ch. 7      Ch. 9 or 11   Ch. 12    Ch. 13
$               3.  Fee for Attorney for Trustee
$    2,500.00   4.  Fee for Attorney for Debtor
$               5.  Other Professionals
$         .00   6.  ALL expenses, including trustee's

### DISTRIBUTIONS

$    2,374.22   7.  Secured Creditors
$    3,768.61   8.  Priority Creditors
$    1,564.29   9.  Unsecured Creditors
$              10.  Equity Security Holders
$              11.  Other payments, except payments to Debtor
$   10,723.32  12.  Subtotal (Sum of lines 2 through 11)
               13.  Amount of line 12 distributed by:
                    $              Chapter 7, 9, or 11 Trustee(s)
                    $              Chapter 12 or 13 Trustee(s)
$    5,009.79  14.  Payments to Debtor
$   15,733.11  15.  TOTAL DISBURSEMENTS (sum of line 12 and line 14)

### CLAIMS ALLOWED

$              16.  Total of Secured Claims Allowed (if line 7 is zero, do not complete.)
$              17.  Total of Priority Claims Allowed (if line 8 is zero, do not complete.)
$              18.  Total of Unsecured Claims Allowed (if line 9 is zero, do not complete.)

DISMISSED Feb 1, 2008

    WHEREFORE, YOUR TRUSTEE SHOWS THIS COURT THAT THE ESTATE HAS BEEN PROPERLY AND FULLY ADMINISTERED IN ACCORDANCE WITH THE REQUIREMENTS OF THE BANKRUPTCY CODE AND RULES, AND THE ESTATE IS READY FOR CLOSING, AND PRAYS THAT A FINAL DECREE OR ORDER DISCHARGING THE TRUSTEE BE ENTERED, CLOSING THE ESTATE, AND GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

DATED: Sep 22, 2008

                                                                NANCY N. HERKERT, TRUSTEE

CASE NO. 03-40126-BKC-RAM JOSE R LOPEZ

LEDGER

| Date | Ref | Payee | | TRANS. AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 10/24/03 | | LOPEZ | | 297.87 | 297.87 |
| 11/05/03 | | LOPEZ | | 297.87 | 595.74 |
| 12/17/03 | | LOPEZ | | 297.87 | 893.61 |
| 01/13/04 | | LOPEZ | | 297.87 | 1,191.48 |
| 02/03/04 | | LOPEZ | | 297.87 | 1,489.35 |
| 03/04/04 | | LOPEZ | | 279.87 | 1,769.22 |
| 03/30/04 | | LOPEZ | | 279.87 | 2,049.09 |
| 05/06/04 | | LOPEZ | | 279.87 | 2,328.96 |
| 05/14/04 | 0270837 | NANCY N. HERKERT, TRUSTEE | 0000 | <7.29> | 2,321.67 |
| 05/14/04 | 0271406 | RADIO SHACK | 0002 | <40.00> | 2,281.67 |
| 05/14/04 | 0271752 | WELLS FARGO FINANCIAL NAT | 0001 | <126.32> | 2,155.35 |
| 06/08/04 | | LOPEZ | | 297.87 | 2,453.22 |
| 06/23/04 | 0275547 | NANCY N. HERKERT, TRUSTEE | 0000 | <.69> | 2,452.53 |
| 06/23/04 | 0276590 | WELLS FARGO FINANCIAL NAT | 0001 | <15.79> | 2,436.74 |
| 06/29/04 | | LOPEZ | | 297.87 | 2,734.61 |
| 07/22/04 | 0278493 | RADIO SHACK | 0002 | <32.56> | 2,702.05 |
| 07/22/04 | 0281343 | WELLS FARGO FINANCIAL NAT | 0001 | <87.04> | 2,615.01 |
| 07/22/04 | 0281424 | NANCY N. HERKERT, TRUSTEE | 0000 | <5.24> | 2,609.77 |
| 07/28/04 | | LOPEZ | | 297.87 | 2,907.64 |
| 07/30/04 | 1000000 | NANCY N. HERKERT, TRUSTEE | 0000 | <.01> | 2,907.63 |
| 08/23/04 | 0283256 | RADIO SHACK | 0002 | <24.50> | 2,883.13 |
| 08/23/04 | 0286105 | WELLS FARGO FINANCIAL NAT | 0001 | <295.79> | 2,587.34 |
| 08/23/04 | 0286177 | NANCY N. HERKERT, TRUSTEE | 0000 | <9.91> | 2,577.43 |
| 08/25/04 | | LOPEZ | | 297.87 | 2,875.30 |
| 09/24/04 | 0288089 | RADIO SHACK | 0002 | <22.10> | 2,853.20 |
| 09/24/04 | 0291056 | WELLS FARGO FINANCIAL NAT | 0001 | <266.82> | 2,586.38 |
| 09/24/04 | 0291131 | NANCY N. HERKERT, TRUSTEE | 0000 | <8.94> | 2,577.44 |
| 09/30/04 | 1000000 | NANCY N. HERKERT, TRUSTEE | 0000 | <.01-> | 2,577.45 |
| 10/07/04 | | LOPEZ | | 297.87 | 2,875.32 |
| 11/04/04 | | LOPEZ | | 297.87 | 3,173.19 |
| 11/17/04 | 0297365 | RADIO SHACK | 0002 | <41.28> | 3,131.91 |
| 11/17/04 | 0300086 | WELLS FARGO FINANCIAL NAT | 0001 | <498.49> | 2,633.42 |
| 11/17/04 | 0300157 | NANCY N. HERKERT, TRUSTEE | 0000 | <23.66> | 2,609.76 |
| 12/08/04 | | LOPEZ | | 297.87 | 2,907.63 |
| 12/27/04 | | LOPEZ | | 297.87 | 3,205.50 |
| 01/19/05 | 0306259 | RADIO SHACK | 0002 | <42.98> | 3,162.52 |
| 01/19/05 | 0308864 | WELLS FARGO FINANCIAL NAT | 0001 | <527.72> | 2,634.80 |
| 01/19/05 | 0308929 | NANCY N. HERKERT, TRUSTEE | 0000 | <25.02> | 2,609.78 |
| 01/25/05 | | LOPEZ | | 297.87 | 2,907.65 |
| 02/16/05 | 0310613 | RADIO SHACK | 0002 | <12.26> | 2,895.39 |
| 02/16/05 | 0311627 | MICHAEL J BROOKS, ESQUIRE | 0000 | <2,500.00> | 395.39 |
| 02/16/05 | 0313333 | WELLS FARGO FINANCIAL NAT | 0001 | <273.09> | 122.30 |
| 02/16/05 | 0313402 | NANCY N. HERKERT, TRUSTEE | 0000 | <122.11> | .19 |
| 02/17/05 | | LOPEZ | | 297.87 | 298.06 |
| 03/17/05 | 0317672 | WELLS FARGO FINANCIAL NAT | 0001 | <67.48> | 230.58 |
| 03/17/05 | 0317735 | NANCY N. HERKERT, TRUSTEE | 0000 | <3.93> | 226.65 |
| 03/25/05 | | LOPEZ | | 297.87 | 524.52 |
| 04/21/05 | | LOPEZ | | 297.87 | 822.39 |
| 05/11/05 | | LOPEZ | | 297.87 | 1,120.26 |
| 06/21/05 | 0330268 | UNITED STATES TREASURY | 0005 | <153.43> | 966.83 |
| 06/21/05 | 0331120 | NANCY N. HERKERT, TRUSTEE | 0000 | <8.93> | 957.90 |
| 06/22/05 | | LOPEZ | | 297.87 | 1,255.77 |

LEDGER FOR 03-40126-BKC-RAM (CONTINUED)

```
                                                      TRANS. AMOUNT      BALANCE

07/18/05           LOPEZ                                   297.87       1,553.64
07/22/05  0334563  UNITED STATES TREASURY       0005    <1,186.70>        366.94
07/22/05  0335426  NANCY N. HERKERT, TRUSTEE    0000       <69.07>        297.87
08/16/05  0339229  UNITED STATES TREASURY       0005      <281.49>         16.38
08/16/05  0339423  NANCY N. HERKERT, TRUSTEE    0000       <16.38>           .00
08/18/05           LOPEZ                                   297.87         297.87
09/13/05  0343105  UNITED STATES TREASURY       0005      <281.49>         16.38
09/13/05  0343297  NANCY N. HERKERT, TRUSTEE    0000       <16.38>           .00
09/16/05           LOPEZ                                   297.87         297.87
10/18/05  0347256  UNITED STATES TREASURY       0005      <282.98>         14.89
10/18/05  0347461  NANCY N. HERKERT, TRUSTEE    0000       <14.89>           .00
11/01/05           LOPEZ                                   297.87         297.87
11/17/05  0350961  UNITED STATES TREASURY       0005      <282.98>         14.89
11/17/05  0351148  NANCY N. HERKERT, TRUSTEE    0000       <14.89>           .00
11/22/05           LOPEZ                                   297.87         297.87
12/13/05  1000000  NANCY N. HERKERT, TRUSTEE    0000         <.02>        297.85
12/14/05  0354642  UNITED STATES TREASURY       0005      <282.96>         14.89
12/14/05  0354823  NANCY N. HERKERT, TRUSTEE    0000       <14.89>           .00
12/22/05           LOPEZ                                   297.87         297.87
01/19/06  0358356  UNITED STATES TREASURY       0005      <282.98>         14.89
01/19/06  0358553  NANCY N. HERKERT, TRUSTEE    0000       <14.89>           .00
02/01/06           LOPEZ                                   297.87         297.87
02/23/06  0360722  AMERICAN EXPRESS TR REL S    0017       <26.92>        270.95
02/23/06  0362234  UNITED STATES TREASURY       0005      <220.50>         50.45
02/23/06  0362368  WELLS FARGO FINANCIAL NAT    0021       <21.37>         29.08
02/23/06  0362424  NANCY N. HERKERT, TRUSTEE    0000       <14.15>         14.93
03/02/06           LOPEZ                                   297.87         312.80
03/16/06  0364289  AMERICAN EXPRESS TR REL S    0017       <26.88>        285.92
03/16/06  0365580  UNITED STATES TREASURY       0005      <220.50>         65.42
03/16/06  0365708  WELLS FARGO FINANCIAL NAT    0021       <21.34>         44.08
03/16/06  0365761  NANCY N. HERKERT, TRUSTEE    0000       <14.14>         29.94
03/28/06           LOPEZ                                   297.87         327.81
04/03/06           LOPEZ                                   297.87         625.68
04/20/06  0366133  CENTURY LIQUIDATION, INC     0022       <13.89>        611.79
04/20/06  0367099  PRIME ACCEPTANCE CORP.       0004       <32.06>        579.73
04/20/06  0367821  AMERICAN EXPRESS TR REL S    0017      <148.81>        430.92
04/20/06  0368412  ECAST SETTLEMENT CORP        0010       <22.33>        408.59
04/20/06  0368415  ECAST SETTLEMENT CORP        0011       <17.60>        390.99
04/20/06  0369003  PRA III, LLC                 0012       <20.22>        370.77
04/20/06  0369230  UNITED STATES TREASURY       0005      <220.50>        150.27
04/20/06  0369359  WELLS FARGO FINANCIAL NAT    0021      <118.14>         32.13
04/20/06  0369409  NANCY N. HERKERT, TRUSTEE    0000       <31.24>           .89
05/15/06  0366133  CENTURY LIQUIDATION, INC     0022       <13.89->        14.78
05/25/06  0370910  UNITED STATES TREASURY       0005       <12.04>          2.74
05/25/06  0371099  NANCY N. HERKERT, TRUSTEE    0000         <.63>          2.11
05/25/06  1000000  NANCY N. HERKERT, TRUSTEE    0000         <.73->         2.84
05/26/06           LOPEZ                                   297.87         300.71
06/13/06  1000000  NANCY N. HERKERT, TRUSTEE    0000         <.01>        300.70
06/14/06  0373661  CENTURY LIQUIDATION, INC     0022       <20.10>        280.60
06/14/06  0374443  PRIME ACCEPTANCE CORP.       0004       <14.28>        266.32
06/14/06  0374989  AMERICAN EXPRESS TR REL S    0017       <90.98>        175.34
06/14/06  0376109  UNITED STATES TREASURY       0005       <60.06>        115.28
06/14/06  0376218  WELLS FARGO FINANCIAL NAT    0021       <72.23>         43.05
06/14/06  0376263  NANCY N. HERKERT, TRUSTEE    0000       <13.56>         29.49
06/28/06           LOPEZ                                   297.87         327.36
```

LEDGER FOR 03-40126-BKC-RAM (CONTINUED)

```
                                                    TRANS. AMOUNT      BALANCE

07/07/06  0373661  CENTURY LIQUIDATION, INC    0022    <20.10->          347.46
07/11/06  0374443  PRIME ACCEPTANCE CORP.      0004    <14.28->          361.74
07/18/06  1000000  NANCY N. HERKERT, TRUSTEE   0000    <1.81->           363.55
07/19/06  0377598  PRIME ACCEPTANCE CORP.      0004    <33.62>           329.93
07/19/06  0378283  AMERICAN EXPRESS TR REL S   0017    <121.79>          208.14
07/19/06  0378842  ECAST SETTLEMENT CORP       0010    <23.41>           184.73
07/19/06  0378846  ECAST SETTLEMENT CORP       0011    <18.46>           166.27
07/19/06  0379417  PRA III, LLC                0012    <21.20>           145.07
07/19/06  0379778  WELLS FARGO FINANCIAL NAT   0021    <96.69>            48.38
07/19/06  0379832  NANCY N. HERKERT, TRUSTEE   0000    <16.59>            31.79
07/20/06           LOPEZ                                297.87           329.66
08/21/06           LOPEZ                                297.87           627.53
09/20/06  0384163  PRIME ACCEPTANCE CORP.      0004    <20.00>           607.53
09/20/06  0384764  AMERICAN EXPRESS TR REL S   0017    <126.88>          480.65
09/20/06  0385104  CINGULAR WIRELESS           0009    <2.29>            478.36
09/20/06  0385293  ECAST SETTLEMENT CORP       0010    <13.93>           464.43
09/20/06  0385295  ECAST SETTLEMENT CORP       0011    <10.97>           453.46
09/20/06  0385794  PRA III, LLC                0012    <12.61>           440.85
09/20/06  0386097  WELLS FARGO FINANCIAL NAT   0021    <100.73>          340.12
09/20/06  0386144  NANCY N. HERKERT, TRUSTEE   0000    <26.70>           313.42
09/22/06           LOPEZ                                297.87           611.29
10/19/06  0387252  PRIME ACCEPTANCE CORP.      0004    <20.73>           590.56
10/19/06  0387804  AMERICAN EXPRESS TR REL S   0017    <131.23>          459.33
10/19/06  0388301  ECAST SETTLEMENT CORP       0010    <14.44>           444.89
10/19/06  0388303  ECAST SETTLEMENT CORP       0011    <11.39>           433.50
10/19/06  0388779  PRA III, LLC                0012    <13.08>           420.42
10/19/06  0389083  WELLS FARGO FINANCIAL NAT   0021    <104.19>          316.23
10/19/06  0389137  NANCY N. HERKERT, TRUSTEE   0000    <22.21>           294.02
10/24/06           LOPEZ                                297.87           591.89
11/15/06           LOPEZ                                297.87           889.76
12/12/06           LOPEZ                                297.87         1,187.63
01/25/07           LOPEZ                                297.87         1,485.50
02/12/07           LOPEZ                                297.87         1,783.37
03/05/07           LOPEZ                                297.87         2,081.24
04/04/07           LOPEZ                                297.87         2,379.11
05/01/07           LOPEZ                                297.87         2,676.98
06/18/07           LOPEZ                                297.87         2,974.85
07/24/07           LOPEZ                                297.87         3,272.72
08/08/07           LOPEZ                                297.87         3,570.59
09/21/07           LOPEZ                                297.87         3,868.46
10/12/07           LOPEZ                                297.87         4,166.33
12/03/07           LOPEZ                                297.87         4,464.20
12/26/07           LOPEZ                                297.87         4,762.07
01/16/08           LOPEZ                                297.87         5,059.94
02/14/08  0427678  CINGULAR WIRELESS           0009    <.01>           5,059.93
02/14/08  0427678  CINGULAR WIRELESS           0009    <.54>           5,059.39
02/14/08  0428349  NANCY N. HERKERT, TRUSTEE   0000    <.05>           5,059.34
06/16/08  0946061                              0000    <5,059.34>           .00
07/22/08  0946061                              0000    <5,059.34->     5,059.34
07/22/08  0946397  NANCY N. HERKERT, TRUSTEE   0000    <2.33>          5,057.01
07/22/08  0946398  U.S. COURTS                 0022    <47.22>         5,009.79
07/22/08  0946399                              0000    <5,009.79>           .00
                                                                   --------------
                                     CURRENT BALANCE:                        .00
```