UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-40126-BKC-RAM
CHAPTER 13

IN RE:
JOSE R. LOPEZ,
    Debtor.
                                      /

**DEBTOR'S MOTION TO REOPEN CASE AND MOTION FOR RE-HEARING AND MOTION FOR REINSTATEMENT OF CHAPTER 13 BANKRUPTCY**

       The Debtor, JOSE R. LOPEZ, moves this Honorable Court for an Order Re-opening the Case and an Order Granting Re-Hearing of the dismissal entered and reinstating the Chapter 13 Bankruptcy and states:

       1.    An Order dismissing the case was entered on February 1, 2008, and the case was closed on September 23, 2008.

       **2.**    **The undersigned certifies that no monies are due under the Debtor's Second Amended Chapter 13 plan.**

### CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by email to Nancy Herkert, Trustee, at e2c8f01@ch13herkert.com, and regular mail to all creditors, this 27th day of October, 2008.

                                        Law Offices of Michael J. Brooks, Michael A. Frank
                                                    & Rodolfo H. De La Guardia, Jr.
                                                    Attorneys for the Debtor
                                                    Suite 620 • Union Planters Bank Building
                                                    10 Northwest LeJeune Road
                                                    Miami, FL 33126-5431
                                                    Telephone (305) 443-4217

                                                    By _____
                                                         Michael J. Brooks
                                                         Florida Bar No. 434442