UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:   CASE NO.: 03-40126-BKC-RAM

JOSE R LOPEZ


          Debtor(s)
_____/


CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND REQUEST FOR
 ORDER GRANTING THE DEBTOR(S)' DISCHARGE AND, IF APPLICABLE,
      TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER


     COMES NOW, Nancy N. Herkert, Chapter 13 Trustee in the above styled action and files this Notice of Completed Plan and Request for Order Granting the Debtor(s)' Discharge and if applicable, Terminating the Employee Wage Deduction Order and respectfully shows the Court as follows:

     The Chapter 13 Trustee has verified the debtor(s) in the above referenced Chapter 13 case has completed payments under the confirmed plan and has complied with the requirements of the U.S. Bankruptcy Code and the Order Comfirming Chapter 13 Plan.

     The Chapter 13 Trustee respectfully requests that this Court enter an order granting a discharge to the above referenced debtor(s) and terminating the Employee Wage Deduction Order, if applicable.

     The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate. Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

     Respectfully submitted 12/11/2008.


                              _____
                              NANCY N. HERKERT, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027-9806
                              (954) 443-4402
                              FLORIDA BAR NO.: 441856